IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KYE AARON DUNBAR,<br><br>　　　　　Debtor.<br><br>FRITO-LAY, INC.,<br><br>　　　　　Garnishee. | Case No. 1:22-MC-00148-JLT-SKO<br><br>**ORDER TERMINATING<br>WRIT OF GARNISHMENT**<br><br>Criminal Case No. 1:16-CR-00151-DAD-BAM |

The Court, having reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request") (Doc. 18), and finding good cause therefrom, hereby GRANTS the Request.  Accordingly, it is ORDERED THAT:

　　1.　　Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on October 19, 2023, is hereby TERMINATED; and

　　2.　　The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated:　**April 10, 2024**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE